UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DANIEL LUIS BOWLIN,<br><br>          Defendant. | Case No.: 2:18-cr-00095-APG-NJK<br><br>**ORDER FOR GOVERNMENT TO RESPOND TO MOTION**<br><br>**[ECF NO. 232]** |

    On July 12, 2021, defendant Daniel Luis Bowlin filed a letter, which I will treat as a motion, seeking clarification whether his sentence in this case runs concurrent to his state court sentence, or whether he is entitled to credit for time in state custody. ECF No. 232. The Government has not responded to that request for clarification.

    I HEREBY ORDER the Government to file a response, if it has any, to Mr. Bowlin's letter motion by September 1, 2021.

    DATED: August 24, 2021.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE