UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL LUIS BOWLIN,<br><br>    Defendant. | Case No.: 2:18-cr-00095-APG-NJK<br><br>ORDER DENYING MOTION FOR CLARIFICATION<br><br>[ECF NO. 232] |

Defendant Daniel Luis Bowlin filed a letter, which I am treating as a motion, seeking clarification whether his sentence in this case runs concurrent to his state court sentence, or whether he is entitled to credit for time in state custody. ECF No. 232. The Government opposes. ECF No. 238.

Mr. Bowlin contends that it "was understood" by the parties that his sentence would run concurrent to his state court sentence. ECF No. 232. But the plea agreement is silent on that issue. ECF No. 102 at 7-8. And the issue of concurrent or consecutive time was not raised at Mr. Bowlin's sentencing hearing. *See* ECF No. 230. Thus, even if I have jurisdiction to address Mr. Bowlin's motion (which the Government contends I do not), I would not alter the judgment as Mr. Bowlin requests. I will leave it to the Bureau of Prisons to decide whether to credit Mr. Bowlin with time he served in state custody.

I HEREBY ORDER that Mr. Bowlin's motion **(ECF No. 232) is DENIED.**

DATED: September 7, 2021.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE